JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMESH RAPAKU, et al, | Case No. 8:26-cv-00163-KES |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TRACY TARANGO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss and Dismissing Complaint Without Leave to Amend, IT IS ADJUDGED that the Complaint and entire action are dismissed.

DATED:  May 5, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE